IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RODNEY JOHN NECAISSE** § | | **PLAINTIFF** |
| § | | |
| v. § | | **CIVIL NO.: 1:15cv219-HSO-JCG** |
| § | | |
| **CAROLYN W. COLVIN,** § | | |
| *Acting Commissioner of Social* § | | |
| *Security* § | | **DEFENDANT** |

## FINAL JUDGMENT

BEFORE THE COURT is the Report and Recommendation [19] of United States Magistrate Judge John C. Gargiulo entered in this case on January 30, 2017. The Court, by separate Order entered this date, has adopted the Magistrate Judge's Report and Recommendation [19] as the finding of this Court, denied Plaintiff Rodney Necaisse's Motion for Summary Judgment [12], and affirmed the Commissioner's decision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 7th day of March, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE